

**Littler Mendelson, P.C.**
One Newark Center
1085 Raymond Blvd., 8th Floor
Newark, NJ  07102

Peter Ajalat
Office Managing Shareholder

Anastasia Stylianou
973.848.4761 direct
973.848.4700 main
astylianou@littler.com

October 4, 2022

**VIA ECF**

Honorable Sharon A. King, U.S.M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

   Re: *Balch v. Carvana, LLC, et al.*
     <u>Civil Action No. 1:22-cv-05324</u>

Dear Judge King:

  This firm represents Defendant Carvana, LLC in the above-captioned action.  I write, with consent of Plaintiff's counsel, pursuant to Local Civil Rule 41.1(b) to notify the Court that the parties have reached a settlement in principle and are in the process of formalizing their agreement.

  Accordingly, we respectfully request that the Court cancel the initial conference scheduled for October 18, 2022, and enter an Order administratively terminating this action.  Thank you in advance for Your Honor's courtesies.  The parties remain available to address any questions.

            Respectfully submitted,

            */s/ Anastasia Stylianou*

            Anastasia Stylianou

cc: Keith J. Rosenblatt, Esq. (via ECF)
   Jacquelyn R. Matchett, Esq. (via ECF)